IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CRIMINAL NO. 03-30190-MJR
)
DANIEL WAYNE STARK, SR. )
)
    Defendant. )

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On March 8, 2007, this court entered an order for forfeiture [Doc. 304] against defendant Daniel Wayne Stark, Sr. for the following property which had been seized from said defendant:

**One John Deere 54" Blade, serial number removed. Front hitch serial number M0HITCH080339;**

**$695.32 in United States Currency**;

**One 1982 white Chevrolet Corvette, VIN: 1G1AY8781C5111003;**

**One 1981 black Chevrolet Corvette, VIN: 1G1AY8762BS430019;**

**One 1980 white Chevrolet Corvette, VIN: 1Z878AS429766; and**

**One 1978 white Chevrolet Corvette, VIN: 1Z87L8S439324.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government in The Legal Reporter newspaper on March 21, 2007; March 28, 2007; and April 4, 2007. No third party filed a petition within 30 days after the last date of said publication to allege an interest in the John Deere blade and $695.32; however, Dawn Powers filed a petition with respect to the 1982, 1981 and 1980 Corvettes.

The court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that the United States of America has clear title to the following property that is the subject of the Order of Forfeiture filed on March 8, 2007, namely:

**One John Deere 54" Blade, serial number removed. Front hitch serial number M0HITCH080339; and**

**$695.32 in United States Currency.**

The United States Marshal shall dispose of the John Deere blade and $695.32 in United States currency according to law. The net proceeds from the disposal, after the payment of all expenses associated with the storage of the blade, shall be credited towards the monetary forfeiture judgment of February 23, 2006, entered against Daniel Wayne Stark, Sr. If the United States Marshal is unable to find a purchaser for the blade, he may dispose of it as scrap.

The Court notes that the 1978 white Chevrolet Corvette, VIN: 1Z87L8S439324 was administratively forfeited on June 3, 2004. The Court therefore declines to enter a forfeiture order at this time against this Corvette on the basis of mootness but will retain the right to do so in the future should the administrative order be set aside for any reason.

With respect to the 1980, 1981, and 1982 Corvettes, they are subject to a pending Motion for Summary Judgment [Doc. 334] filed by the United States. The Court will address that issue in a separate future Order.

**IT IS SO ORDERED.**

**DATED: June 6, 2012**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**